# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

EDWARD WILSON,                                      Case No. 23-CV-1995 (KMM/JFD)

              Plaintiff,

v.                                                                       **ORDER**

RAMSEY COUNTY ADC,

              Defendants.

---

Plaintiff Edward Wilson has filed a motion seeking to conduct discovery in this proceeding. *See* Dkt. No. 22. Mr. Wilson's motion was filed after this matter had already been summarily dismissed pursuant to 28 U.S.C. § 1915A for failure to state a claim on which relief may be granted, and that dismissal has since been summarily affirmed on appeal. That dismissal was with prejudice and on the merits of Mr. Wilson's claim, meaning that the claim cannot be revived. Even if the Court retains jurisdiction to permit Mr. Wilson to conduct discovery related to the claims raised in this proceeding, which is doubtful, there would be no good reason to allow him to do so—this matter is over. The motion for post-dismissal discovery is denied.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT

IS HEREBY ORDERED that plaintiff Edward Wilson's motion to access grievances [Dkt.

No. 22] is DENIED.


Dated: July 25, 2024                             _s/ John F. Docherty_____
                                                 JOHN F. DOCHERTY
                                                 United States Magistrate Judge